Case Name:   Keith R. Kramer
Case No:     07-70471

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 12/3/07                      WILLIAM T. NEARY
                                    United States Trustee, Region 11


                            BY:    __/s/_____
                                      Carole J. Ryczek
                                      Attorney for the U.S. Trustee