IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>KRAMER, KEITH R. | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70471 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number: xxx-xx-5006 | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR <u>COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)</u>

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   JANUARY 7, 2008
    at:   1:00 PM

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 16.25 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 3,500.00 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 2,300.00 | |

4. The Trustee's Final Report shows total:

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 5 - 2007

KENNETH S. GARDNER, CLERK

BY_____
    DEPUTY CLERK

|   |   |   |
|---|---|---|
| a. Receipts | $ | 78,000.60 |
| b. Disbursements | $ | 71,168.78 |
| c. Net Cash Available for Distribution | $ | 6,831.82 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,015.57, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $14,946.64, resulting in an approximate distribution of 6.79% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: December 3, 2007          For the Court,

                                By:/s/ BERNARD J NATALE

                                Trustee

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3          User: jshores              Page 1 of 1           Date Rcvd: Dec 05, 2007
Case: 07-70471                Form ID: pdf002            Total Served: 15

The following entities were served by first class mail on Dec 07, 2007.
db           +Keith R. Kramer,   5803 Meadow Hill Lane,    McHenry, IL 60051-7774
aty          +Timothy C. Culbertson,   Morgan & Bley, Ltd.,    900 West Jackson Blvd.,   Suite 4 East,
               Chicago, IL 60607-3024
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11213632      AT&T Universal Card,   P.O. Box 44167,    Jacksonville, FL 32231-4167
11213633     +Bank of America,   P.O. Box 15016,    Wilmington, DE 19850-5016
11213634      Chase Cardmember Services,    P.O. Box 100045,    Kennesaw, GA 30156-9245
11213635     +Countrywide Home Loans,    P.O. Box 10212,   Van Nuys, CA 91410-0212
11213637      Harris N.A.,   P.O. Box 6201,    Carol Stream, IL 60197-6201
11213638      Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
11213639     +McHenry Savings Bank,    P.O. Box 566,    Mchenry, IL 60051-0566
11213640      Sears,   P.O. Box 6924,    The Lakes, NV 88901-6924
11213641     +Wells Fargo Financial Leasing, Inc.,    400 Locust Street, Suite 500,   Des Moines, IA 50309-2355

The following entities were served by electronic transmission on Dec 06, 2007.
11213631     +Fax: 815-455-2833 Dec 06 2007 04:14:39     American General Finance,
               2 Crystal Lake Plaza, Ste. B,    Crystal Lake, IL 60014-7976
11213636      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 06 2007 04:25:30     Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
11393190      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 06 2007 04:25:30
               Discover Bank/Discover Financial Services,    PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                         TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 07, 2007**          **Signature:** _Joseph Speetjens_